No. 538, Misc. PRITCHETT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se.* *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 1257, Misc. STEIN *v.* WIRTZ, SECRETARY OF LABOR, ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent Wirtz.

No. 1075, Misc. CABALLERO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. John G. Thevos* for respondent.

No. 1223, Misc. ARNOLD *v.* McGUINESS. C. A. 9th Cir. Certiorari denied.

No. 1228, Misc. BELVIN *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1240, Misc. FAIR *v.* DEKLE, SUPERVISOR OF VOTER REGISTRATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1250, Misc. BROKAW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1251, Misc. LA BRASCA *v.* CALIFORNIA. Super. Ct. Cal., County of Sacramento. Certiorari denied. *S. Carter McMorris* for petitioner.

No. 1265, Misc. DAVIS *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. C. A. 4th Cir. Certiorari denied.